**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

**Case No.:** CV 01-1655-JE

**Date of Proceeding:** March 7, 2002

**Case Title:** ADIDAS AMERICA INC., et al. v. PAYLESS SHOESOURCE INC.

**Presiding Judge:** John Jelderks

**Courtroom Deputy:** Gary Magnuson
Telephone: (503) 326-8055 • Facsimile: (503) 326-8010
E-mail: gary_magnuson@ord.uscourts.gov

**Court Reporter:**

**Tape No:**

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| | |

**DOCKET ENTRY:**

RECORD OF ORDER: GRANTING Plaintiffs' UNOPPOSED MOTION TO EXTEND DISCOVERY AND OTHER PRETRIAL DEADLINES [    ], filed 3/7/02, as follows:

Discovery deadline (re)set to 7/5/02.
Pretrial Order deadline (re)set to 8/6/02.
Dispositive motions deadline (re)set to 7/5/02.
Exchange of Expert Witness Statements deadline (re)set to 8/6/02.
Confer as to Joint ADR Report by 7/5/02.
Joint ADR Report deadline (re)set to 8/6/02.

cc: { } All counsel
    { } Chambers

**DOCUMENT NO:** _____

**Civil Minutes**
**Prepared March 7, 2002**

**JUDGE JELDERKS**

KC