**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

| | |
|---|---|
| **Case No.:** CV 01-1655-JE | **Date of Proceeding:** May 21, 2002 |

**Case Title:** ADIDAS AMERICA INC., et al. v. PAYLESS SHOESOURCE INC.

**Presiding Judge:** John Jelderks

**Courtroom Deputy:** Gary Magnuson
Telephone: (503) 326-8055 • Facsimile: (503) 326-8010
E-mail: gary_magnuson@ord.uscourts.gov

**Court Reporter:**

**Tape No:**

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| | |

**DOCKET ENTRY:**

RECORD OF ORDER: SETTING Defendant's AMENDED MOTION FOR SUMMARY JUDGMENT [24-1] and Defendant's MOTION TO STRIKE PORTIONS OF JORGENSON DECLARATION [28-1] on Judge Jelderks' oral argument calendar of **Tuesday, 6/11/02, at 1:30 p.m.** in Courtroom 12-B of the Mark O. Hatfield Courthouse, 1000 S.W. Third Ave., Portland, Oregon.

cc:  { } All counsel
     { } Chambers

**DOCUMENT NO:** _____

**Civil Minutes**
**Prepared May 21, 2002**

**JUDGE JELDERKS**

KC