**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

**Case No.:** CV 01-1655-JE     **Date of Proceeding:** June 6, 2002

**Case Title:** ADIDAS AMERICA INC., et al. v. PAYLESS SHOESOURCE INC.

**Presiding Judge:** John Jelderks     **Courtroom Deputy:** Gary Magnuson
Telephone: (503) 326-8055 • Facsimile: (503) 326-8010
E-mail: gary_magnuson@ord.uscourts.gov

**Court Reporter:**     **Tape No:**

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| | |

**DOCKET ENTRY:**

RECORD OF ORDER: GRANTING Defendant's UNOPPOSED MOTION TO EXTEND DISCOVERY AND OTHER PRETRIAL DEADLINES [    ], filed 6/6/02, as follows:

Discovery deadline (re)set to 9/3/02.
Pretrial Order deadline (re)set to 10/3/02.
Dispositive motions deadline (re)set to 9/3/02.
Exchange of Expert Witness Statements deadline (re)set to 10/3/02.
Joint ADR Report deadline (re)set to 10/3/02.

cc: { } All counsel     **DOCUMENT NO:** _____
   { } Chambers

Civil Minutes
Prepared June 6, 2002

**JUDGE JELDERKS**

KC