**Milo Petranovich, OSB No. 81337**
petranovichm@lanepowell.com
**Kenneth R. Davis, II, OSB No. 97113**
davisk@lanepowell.com
**LANE POWELL SPEARS LUBERSKY LLP**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
    Attorneys for Defendant Payless ShoeSource, Inc.

**William A. Rudy, Esq.**
wrudy@lathropgage.com
**Stephen J. Horace, Esq.**
shorace@lathropgage.com
**David V. Clark, Esq.**
dclark@lathropgage.com
**David R. Barnard, Esq.**
dbarnard@lathropgage.com
**LATHROP & GAGE L.C.**
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2612
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
    Of Counsel for Defendant Payless ShoeSource, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, and **ADIDAS-SALOMON AG**, | No. CV01-1655 RE |
| Plaintiffs, | DECLARATION OF DAVID V. CLARK |
| v. | |
| **PAYLESS SHOESOURCE, INC.**, | By Defendant Payless ShoeSource, Inc. |
| Defendant. | In Support of Defendant's Motion to Strike |

PAGE 1 – DECLARATION OF DAVID V. CLARK

I, David V. Clark, make the following Declaration:

1. I am an attorney with the law firm of Lathrop & Gage LC, which represents the Defendant in this action. I am over the age of twenty-one, I am competent to make this Declaration, and the facts set forth in this Declaration are based upon my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the prayers for relief from the complaints filed by adidas in *adidas America, Inc., et al. v. Target Corporation, et al.*, Case No. CV01-1582 ST, U.S.D.C., D. Or. and *adidas America, Inc., et al. v. Cels Enterprises, Inc.*, Case No. 3:03cv323 U.S.D.C., D. Or.

3. Attached as Exhibit 2 is a true and correct copy of pages from Plaintiffs' Responses to Defendants' First Set of Interrogatories in *adidas America, Inc., et al. v. Cels Enterprises, Inc.*, Case No. 3:03cv323 U.S.D.C., D. Or. and Plaintiffs' Responses to Defendant B.U.M. International, Inc.'s First Set of Interrogatories in *adidas America, Inc., et al. v. Target Corporation, et al.*, Case No. CV01-1582 ST, U.S.D.C., D. Or.

4. Attached as Exhibit 3 is a true and correct copy of pages from the Transcript of Motion for Summary Judgment argument on January 15, 2002, in *adidas America, Inc., et al. v. Target Corporation, et al.*, Case No. CV01-1582 ST, U.S.D.C., D. Or.

5. Attached as Exhibit 4 is a true and correct copy of the 1994 Settlement Agreement between adidas and Payless.

I declare under penalty of perjury under the laws of the United States and the state of Oregon that the foregoing is true and correct.

_____
David V. Clark

PAGE 2 – DECLARATION OF DAVID V. CLARK